

1
2
3
4
5
6
7

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. LA 11-18651 EC |
| ) | |
| **HELADIO RIVERA** ) | Chapter 13 |
| ) | |
| Debtor(s). ) | ORDER DISMISSING CASE |
| ) | WITH 180 DAY BAR |
| ) | |
| ) | [No hearing required] |
| ) | |

Pursuant to § 109(h) of the Bankruptcy Code, an individual may not be a debtor under the Bankruptcy Code unless such individual has, during the 180-day period preceding the date of filing of the bankruptcy petition, received the briefing described in § 109(h), unless the debtor requests a waiver of this requirement due to exigent circumstances. It appearing that the debtor(s) in this case did not receive the briefing described in § 109(h), and either (i) did not request a waiver of this requirement; or (ii) requested a waiver without setting forth a statement of exigent circumstances; or (iii) set forth a statement of exigent circumstances that the court finds to be without merit,

//
//
//
//

- 2 -

1
2      IT IS HEREBY ORDERED that this case is dismissed.
3      IT IS FURTHER ORDERED that the debtor(s) is prohibited from filing a petition for
4   relief under any chapter of the Bankruptcy Code for a period of 180 days from the date of entry
5   of this order.
6
7
8   DATED: 3-11-2011
9
                                                    ELLEN CARROLL
                                                  United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order Dismissing Case was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 3/11/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kathy A Dockery (TR)
efiling@CH13LA.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Heladio Rivera**
1524 S. Tamarind
Compton, CA 90022

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

KATHLEEN J. CAMPBELL, Clerk
U.S. Bankruptcy Court

By: _____
Deputy Clerk