| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Global Capital Law<br>Gary Harre, Esq. (Bar No. 86938)<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, CA 92708<br>(714) 907-4182<br>(714) 907-4175 (Fax)<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Heladio Rivera | CHAPTER: 13 |
|---|---|
| | CASE NO.: 2:11-bk-18651-ec |
| | DATE: 4/6/11<br>TIME: 1:30 pm<br>CTRM: 1639 |
| Debtor(s). | FLOOR: 16th |

## RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
(MOVANT: SYDNEY PROPERTIES, LLC                    )
(RESPONDENT: ☒ Debtor    ☐ Trustee    ☐ Other: _____)

**GENERAL NOTE:** A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   **NOTE:** If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date)*:

   The reason for this request is *(specify)*:

(Continued on next page)

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-1M.RES

Response to Motion for Relief from Stay - Page 2 of 5    **F 4001-1M.RES**

| In re  Heladio Rivera | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:11-bk-18651- ec |

3. ☒ **OPPOSITION – APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

   a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

   ☐ The value of the Property is $_____, based upon (specify):

   ☐ Total amount of debt (loans) on the Property is $_____.

   ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   ☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

   ☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

   ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

   ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

   ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

   ☐ Service of the Motion:    ☐ Not all parties were served    ☐ Insufficient notice of the hearing

   ☐ Incorrect address used for (specify) _____

   ☐ Other (specify):

   b. Respondent asserts:

   ☐ Case has been converted from Chapter _____ to Chapter _____.

   ☐ All postpetition arrears will be cured by the hearing date.

   ☐ The Debtor has equity in the Property in the amount of $_____.

   ☐ Movant has an equity cushion of $_____ which is sufficient to provide adequate protection.

   ☐ The Property is necessary for an effective reorganization because (specify reasons why):

   ☒ The Motion should be denied because (specify):
   This court does not have jurisdiction to entertain the Motion for Relief From Automatic Stay because Debtor's bankruptcy has been dismissed as of March 11, 2011 and therefore the Movant's Motion is moot.

*(Continued on next page)*

---

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.RES**

Response to Motion for Relief from Stay - Page 3 of 5    **F 4001-1M.RES**

| In re Heladio Rivera (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:11-bk-18651-EC |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> **NOTE RE SUPPORTING PAPERS:** Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.

> **NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:** Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

- ☐ Declaration by Debtor
- ☐ Declaration by Debtor's Attorney
- ☐ Declaration by Trustee
- ☐ Declaration by Trustee's Attorney
- ☐ Declaration by Appraiser
- ☐ Memorandum of Points and Authorities (optional)
- ☒ Other (specify): Order Dismissing Case filed on March 11, 2011

Dated: 4/4/11

Respectfully submitted,

Heladio Rivera
*Respondent's Name*

Global Capital Law, P.C.
*Law Firm Name (if applicable)*

By: _____
*Signature*

Name: Gary Harre, Esq.
*Attorney for Respondent or Pro Se Respondent*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 4001-1M.RES**

Response to Motion for Relief from Stay - Page 4 of 5        F 4001-1M.RES

| In re Heladio Rivera | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:11-bk-18651-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as Response to Motion for Order to Terminate, Annul, Modify, or condition the Automatic Stay     will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
First Class Mail

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 4/4/11     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Prober & Raphael, A Law Corporation
Lee S. Raphael, Esq.
Cassandra J. Richey, Esq.
20750 Ventura Blvd #100, Woodland Hills, CA 91364

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/4/11 | Julie Magana | /s/ Julie Magana |
|---|---|---|
| Date | Type Name | Signature |

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                              F 4001-1M.RES